## SISTERS OF MERCY OF JEFFERSONVILLE, INDIANA, v. CLARK COUNTY ET AL.

[No. 12,175. Filed November 19, 1925.]

From Floyd Circuit Court; *John M. Paris*, Judge.

Action between the Sisters of Mercy of Jeffersonville, Indiana, and Clark county, Indiana, and others. From the judgment rendered, the former appeals. *Appeal dismissed.* By the court in banc.

*Carey, Cox & McCray* and *L. A. Douglas*, for appellants.
*Robert S. Kelso* and *Charles D. Kelso*, for appellees.

REMY, C. J.—Dismissed, on authority of *Leppert* v. *Vandalia R. Co.* (1917), 67 Ind. App. 380, 117 N. E. 656.

## WABASH RAILROAD COMPANY v. BEACH, ADMINISTRATOR.

[No. 12,057. Filed November 20, 1925.]

From LaPorte Circuit Court; *John C. Richter*, Judge.

Action between the Wabash Railroad Company and Ross T. Beach, administrator. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Ralph N. Smith, Ben C. Rees* and *Russell W. Smith*, for appellant.
*Lemuel Darrow, Earl Rowley* and *C. V. Shields*, for appellee.

PER CURIAM.—Affirmed.

## TOMPKINS ET AL. v. D. C. JENKINS GLASS COMPANY.

[No. 12,356. Filed November 20, 1925.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act between Edna Tompkins and others and the D. C. Jenkins Glass Company. From an award made therein, the former appeals. *Affirmed.* By the court in banc.

*Christian & Waltz*, for appellants.
*Turner, Adams, Merrell & Locke*, for appellee.

REMY, C. J.—Affirmed, on authority of *American Leather, etc., Co.* v. *Stone* (1920), 74 Ind. App. 547, 129 N. E. 264.